| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>-against-<br><br>VITO NIGRO,<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _7/24/2020_____<br><br>20 Cr. 370 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the Court will hold an initial appearance in this action on **August 3, 2020**, at **11:00 a.m.**, using the Court's videoconferencing software. Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933-2166 at the time of the hearing, and entering conference ID number 465561307.

    SO ORDERED.

Dated: July 24, 2020
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge