UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VITO NIGRO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/3/2021_

20 Cr. 370 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    As the Court has not yet received the presentence investigation report or the parties' pre-sentencing submissions, the sentencing scheduled for March 8, 2021, is ADJOURNED to **May 18, 2021**, at **1:00 p.m.** Defendant's submission is due two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

    SO ORDERED.

Dated: March 3, 2021
       New York, New York

ANALISA TORRES
United States District Judge