

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2021

Mario F. Gallucci Esq.

The Executive Suites at the Garden
1110 South Avenue, Suite 29
Staten Island, New York 10314

June 11, 2021

VIA ECF

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States of America v. Vito Nigro
Criminal Docket No. 20 Cr. 370 (AT)

Dear Judge Torres:

I am writing to respectfully request an adjournment of Mr. Vito Nigro's sentencing currently scheduled for June 23, 2021. I am currently engaged in the trial of The People of the State of New York v. Francis Batama, in front of the Honorable William Garnett, Part 14, Richmond County Supreme Court. Mr. Batama is charged with murder in the second degree as well as other charges associated with the murder. The trial is expected to last past June 23, 2021. I am therefore respectfully requesting an adjournment to June 30th or July 1st with the understanding that if my trial is not completed that this matter would be adjourned to a date after July 26th because of scheduling conflicts with the Government.

Further, we are respectfully requesting a one-week extension (currently June 15th) for the Government to file their sentencing submission. They need time to review my client's tax returns which are completed and should be filed later today.

All parties consent to the adjournment and extension.

Thank you in advance for your courtesy and consideration.

GRANTED. The hearing scheduled for June 23, 2021, is ADJOURNED to **July 1, 2021**, at **1:00 p.m.** The Government shall file its sentencing submission by **June 22, 2021**.

SO ORDERED.

Dated: June 14, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge

Admitted to practice in New York, New Jersey, The Eastern District of New York, The Southern District of New York and the District of New Jersey