

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2021

Mario F. Gallucci Esq.

The Executive Suites at the Garden
1110 South Avenue, Suite 29
Staten Island, New York 10314

September 9, 2021

VIA ECF

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                    Re:    United States of America v. Vito Nigro
                                Criminal Docket No. 20 Cr. 370 (AT)

Dear Judge Torres:

      I am writing to respectfully request for an extension of Mr. Vito Nigro's date to surrender to the Bureau of Prisons.

      Mr. Nigro has informed me that on a recent medical test, he was diagnosed with two very large polyps necessitating surgery. The surgery is scheduled for tomorrow. Mr. Nigro was initially required to surrender on September 13, 2021. I am requesting that the court extend the surrender for two weeks to September 27, 2021.

      I have spoken to AUSA David Lewis and he is not opposing this request.

      It should also be noted that at this time Mr. Nigro has not even received a designation from the Bureau of Prisons.

      Thank you in advance for your consideration.

                                                      Respectfully Submitted,

                                                        MARIO F. GALLUCCI

GRANTED.

SO ORDERED.

Dated: September 10, 2021
         New York, New York

                                      ANALISA TORRES
                              United States District Judge

Admitted to practice in In the State of New York and New Jersey, The Eastern District of New York, The Southern District of New York and The District of New Jersey.